USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DUANE HUBEL,

                    Plaintiff,

    -against-                            22-CV-10285 (VEC)

                                      ORDER

DRIVE CHASSIS TOPCO PARENT, L.P.,

                    Defendant.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 5, 2022, Plaintiff filed a Complaint against Drive Chassis Topco Parent, L.P., *see* Compl., Dkt. 1;

    WHEREAS Plaintiff alleges that this Court's subject matter jurisdiction in this matter is premised on diversity, *id.* ¶ 15;

    WHEREAS for purposes of diversity jurisdiction, "a limited partnership has the citizenship of each of its general and limited partners," *Caren v. Collins*, 689 F. App'x 75, 76 (2d Cir. 2017) (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195–96 (1990)); and

    WHEREAS an action premised upon diversity of citizenship in which a limited partnership is a party must allege the citizenship of natural persons who are members of the limited partnership and the place of incorporation and principal place of business of any corporate entities that are members of the limited partnership, *see Handelsman v. Bedford Village Associates Ltd. Partnership*, 213 F.3d 48, 51–52 (2d Cir. 2000) (citation omitted); *see also Sumner v. Marriott Int'l, Inc.*, No. 21-CV-6711 (PKC), 2021 WL 3542805, at *1 (S.D.N.Y. Aug. 11, 2021);

WHEREAS the Complaint alleges that Defendant "is a Delaware Limited Partnership formed under the laws of Delaware and headquartered in the State of New York," Compl. ¶ 12; and

WHEREAS the Complaint makes no allegations as to the citizenship of Defendant's partners;

IT IS HEREBY ORDERED that not later than **Tuesday, December 13, 2022**, Plaintiff must file an amended complaint that cures the deficiencies described herein or the complaint will be dismissed without prejudice for lack of subject matter jurisdiction.

**SO ORDERED.**

Date:  **December 6, 2022**            **VALERIE CAPRONI**
       **New York, New York**           **United States District Judge**